# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Jan 29, 2025 3:57PM

Raymond Baldwin

Rcpt. No: 500010438                      Trans. Date: Jan 29, 2025 3:57PM                      Cashier ID: #AW

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 5:25-cv-00121-D Civil Filing Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.