UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

CASE NO. 5:25-CV-00121-D

RAYMOND EUGENE BALDWIN III,

    Plaintiff,

v.

GLOBAL LENDING SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gemma R. Galeoto hereby enters a notice of appearance as counsel of record on behalf of Global Lending Services, LLC in the above-styled case. The undersigned counsel hereby request copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, any notices of hearings, motions, orders, pleadings, or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. All counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address and telephone numbers listed below in the signature block.

Dated March 24, 2025                                Respectfully submitted,

                                                        HOLLAND & KNIGHT LLP

                                                        */s/ Gemma R. Galeoto*
                                                        Gemma R. Galeoto

Oklahoma Federal Bar No. 16128
Gemma.Galeoto@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 964-9500 (telephone)
(214) 964-9501 (facsimile)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified to receive electronically Notices of Electronic Filing and via U.S. mail to plaintiff at the following address:

Raymond Eugene Baldwin III
300 Showalter Drive
Midwest City, OK 73110

*/s/ Gemma R. Galeoto*
Gemma R. Galeoto