# Exhibit A

4



## MONTHLY STATEMENT
October 23, 2024

### YOUR PAYMENT INFORMATION

| | |
|---|---|
| Last Payment Date – **Thank you!** | October 15, 2024 |
| Past Due Payment(s) | $0.00 |
| **Unpaid Late Fees Charged This Cycle** | **$0.00** |
| Previous Unpaid Late Fees | $0.00 |
| Total Unpaid Other Fees | $0.00 |
| **Current Payment Due** | **$852.30** |
| **Total Amount Due** | **$852.30** |

### PAYMENT TOTAL:
### $852.30

**Payment Due Date:** November 7, 2024
**Account Number:** ▇▇▇▇6308

### VEHICLE INFORMATION

| | |
|---|---|
| Vehicle Description | 2021 JEEP WRANGLER |
| VIN | 1C4HJXDM6MW697604 |

### PAYOFF INFORMATION

| | |
|---|---|
| Payoff Good Through Nov 2, 2024 | $36,862.78 |
| Payoff amount does not include any payments or fees posted after the Monthly Statement date. | |

### PAYMENT OPTIONS

 **www.glspay.com** – Free
For recurring or one-time payments.
Mobile friendly.

 **Automated Phone Payments** – Free
888-798-3783

 **Pay by Mail** – Free
See payment slip below. Please allow 7-10 days for mailing and processing.

 **Agent Assisted** – Free
Phone: 866-464-0269
8:00AM – 10:00 PM Eastern Time

See reverse for additional payment options.



Scan or click the QR Code with your Apple device to have your bill appear in your Apple Wallet.

If you are currently under the protection of the United States Bankruptcy Code (11 U.S.C 362; 524), this statement is FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.
Detach at perforation and return bottom portion with payment. Do not send cash.                                                    Page 1 of 2

Account Number ░░░░░6308

## GLOBAL LENDING SERVICES

P.O. BOX 10437
Greenville SC 29603

Payment Due Date  11/22/2024 11/07/2024
Payment Total  $ 852.30

Amount Enclosed  $ 40 000.00

>000684 5218893 0001 374400 10Z

RAYMOND BALDWIN
300 SHOWALTER DR
OKLAHOMA CITY OK 73110

Make Checks Payable To: Global Lending Services and include the account number.

☐ If you are making changes to your address, check the box at the left and complete the reverse side.

GLOBAL LENDING SERVICES
P.O. BOX 935538
ATLANTA GA 31193-5538

Pay to the order of Global Lending Services
Forty Thousand and 00/100 dollars
Without Recourse, Without Prejudice
By: Raymond E. Baldwin III, Representative
For: RAYMOND EUGENE BALDWIN III, Represented Person.

░░░░░6308

5

To:   Global Lending Services
      P.O. Box 935538
      Atlanta, GA  31193-5538

From: Raymond Baldwin
      300 Showalter Dr.
      Midwest City, OK  73110

Date: November 13, 2024

Certified Mail Number: 9589 0710 5270 2455 9862 33

USPS Tracking Number: 9590 9402 8187 3030 3189 63 (Signature Receipt)

To All Concerned,

   The enclosed instrument is tender of payment for the debt in which I am billed pursuant to UCC § 3-603 (Federal) and/or Oklahoma Statute 12A § 3-603 (State of Oklahoma). The instrument is to be redeemed for Federal Reserve Notes ("cash") from the Federal Reserve Discount Window pursuant to 12 U.S.C. § 412. To facilitate that, Global Lending Services will need to use the normal custody chain to get it to a bank that has an OC-10 Agreement on file with the Federal Reserve. I can be reached via email (atomiccontrol@gmail.com) for questions, concerns, and guidance on how to determine this in the event that the agencies involved do not know how to verify the aforementioned agreement.

   It is important to note that the amount offered is for a value exceeding the payoff amount identified in the monthly statement. It is to compensate for any additional fees that arise from the redemption process. The Federal Reserve Discount Window may discount the amount to make it insufficient to cover the entirety of the principal and fees. If this becomes the case, please send another statement to inform me of the remaining balance so I can make accommodation to pay that as well. The payment due date has been amended as well to facilitate ease of redemption. These negotiations are valid per UCC § 3-114 and/or Oklahoma Statute 12A § 3-114.

   It is also important to note that this letter needs to accompany the instrument, or be made available to anyone in the custody chain of the instrument. This is to ensure that all persons involved with it are informed of the processing requirements, including getting the funds back to Global Lending Services in a timely manner. The instrument will be filled out in red ink. This is only for the purpose of making annotations easily identifiable and does not reflect any symbology beyond that. The same will apply to the autograph below.

   A copy of this letter of instruction, along with a scanned copy containing the autograph, will be kept on file for record keeping purposes. A scanned copy of the instrument will also be maintained for similar purposes. As stated above, please email me for any questions, concerns, guidance, or comments. Thank you for your attention to this matter.

Very Respectfully,

_____, Representative
For: RAYMOND EUGENE BALDWIN III, Represented Person