AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    5:25-CV-00121-D

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for   **Global Lending Services, LLC**
was recieved by me on  **4/10/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Bryce Maddox, paralegal**, who is designated by law to accept service of process on behalf of **Global Lending Services, LLC** at **15205 Traditions Lake Pkwy, Edmond, OK 73013-1198** on **04/11/2025** at **11:24 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date:  04/11/2025

_____
Server's signature

**Leslie Antone**
Printed name and title

5317 N Miller Ave
Oklahoma City, OK 73112

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, to Bryce Maddox, paralegal who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'10"-6'0" tall and weighing 200-240 lbs with glasses.**




Tracking #: 0165410693