IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAYMOND EUGENE BALDWIN III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL LENDING SERVICES, LLC, )<br>)<br>Defendant. ) | Case No. CIV-25-121-D |

## JUDGMENT

Pursuant to the Court's Order granting Defendant's Motion to Dismiss, this action is dismissed with prejudice.

**ENTERED** this 16th day of May, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge